## GRACE v. STATE.
### No. 17907.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts and bills of exception.

No error having been perceived, the judgment is affirmed.

## CANTILLO v. STATE.
### No. 17942.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

T. B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor, punishment being assessed at one year in the penitentiary.

Since the conviction the law upon which the prosecution was predicated has been repealed without any saving clause. See Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.